**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 5 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Eugene Smith                                            PLAINTIFF
200 South McClendon St.
Forrest City, Arkansas 72335

v.                          No. 2:08CV00135-SWW

Dustin McDaniel et al                                   DEFENDANTS
323 Center Street   Suite 1100
Little Rock, Arkansas 72201

Kym Armstrong
Investigator                 This case assigned to District Judge Wright
323 Center Street  Suite 200  and to Magistrate Judge Young
Little Rock, Arkansas 72201

James B. Depriest
Senior Assistant Attorney General
Public Protection Department
323 Center Street  Suite 1100
Little Rock, Arkansas 72201

Jason Stewart
Investigator
323 Center Street  Suite 200
Little Rock, Arkansas 72201

## JURISDICTION AND VENUE

This court has jurisdiction of this action because the Plaintiff was a resident of St. Francis County, Arkansas for all actions that is pertinent to this case and that this is a just and proper jurisdiction. This civil case filed under allegations of civil rights violations 42 U.S.C. 1983, and filed under 28 U.S.C 1331,1332 and 1343. Venue is proper in this district in that a substantial part of the events giving rise to the Plaintiff's claims occurred herein this district.

## NATURE OF THE CASE

This action arises out of the defendants coordinated scheme to deny the Plaintiff certain civil rights, in violation of the Arkansas Civil Rights Statues of 1983. The Arkansas Consumer Protection Division which is headed by defendant Dustin McDaniel Attorney General for the state of Arkansas.
Defendant Attorney General Dustin McDaniel acted with malice in ignoring the Plaintiff rights as a citizen of the State of Arkansas. The Plaintiff filed complaints of wrong doings and violations of Arkansas Statues at the Consumer Protection Division at the Arkansas Attorney Generals Office, and through a system of false and misleading statements the Plaintiff was practically ignored and denied Civil Rights. Certain Businesses (AT&T-Yahoo Inc., Directv, Cingular, Dish Network and others were allowed to violate the Plaintiff Civil Rights, allowed to harass, use of thief, defraud and abuse the Consumer Protection Laws enacted by the legislature of the State of Arkansas.

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff, Eugene Smith is Pro Se at the present time unable to hire competent counsel, for his Complaint for Injunctive Relief, Damages and other relief against the Defendants Dustin McDaniel and State of Arkansas ("Defendants"), alleges as follows. The Plaintiff request that the Defendant Attorney General of the State of Arkansas Dustin McDaniel enforce the state statues on complaints filed with his office

1. The defendant Dustin McDaniel Attorney General for the State of Arkansas was made aware of the complaints that the Plaintiff has filed with the Office of Consumer Complaints through letters directed to his office at 323 Center Street, Little Rock, Arkansas 72201.

2. Defendants violated Plaintiff Civil Rights under Arkansas Civil Rights Act 1993.

3. Defendants allowed certain companies the plaintiff filed complaints against during business within the state of Arkansas to operate with improper conduct.

4. The Defendants continued to allowed the Plaintiff's private accounts to be entered without an inquiry or an investigation.

5. The defendant allowed the AT&T/ Yahoo.com DSL service to operate with "unfair or deceptive practices injuring the plaintiff".

6. The Defendants allowed the Plaintiff's rights under the Consumer Protection Statue, Consumer Fraud Act, and Arkansas Deceptive Business Practices Act of the state of Arkansas not to be enforced.

7. Defendant Dustin McDaniel, Attorney General for the State of Arkansas was informed of the Plaintiff request for enforcement and protection of Arkansas Consumer Laws.

8. The Defendants acted with absolute incompetence, with indifference and with malfeasance in the Plaintiff's request for enforcement of Arkansas Statues.

9. Defendants are responsible for Dish Network Inc. violation of the Plaintiff Rights to Privacy to be violated according to the U.S Constitution Fourth Amendment.

10. Defendants is responsible for the extended violations of Privacy by the Business Directv Inc. in which complaints of State's Constitutional violations were allowed to exist without interruptions.

11. Defendant Dustin McDaniel Attorney General 's office of Consumer Protection allowed Plaintiff to be a victim of fraud.

12. The Office of Attorney General for the State of Arkansas allowed discriminatory

practices with malice or reckless indifference to occur in not filing suit or even a inquiry when it was obvious that Consumer Protection laws and Civil Rights laws of the aggrieved Plaintiff were being abused.

13. The Plaintiff reserve the right to amend this action when proper counsel is acquired.

14. The Plaintiff is requesting a jury trial.

15. Defendants violated plaintiff rights under 42 U.S.C 1983.

16. Defendants aided and abetted in the violation of Arkansas Statues, Laws and other means of enforcing Consumer Protection.

17. The Defendants were negligent in enforcing the Arkansas Computer Protection Law.

18. The Plaintiff pray for compensatory, Punitive and other relief that the court might deem just and proper.

Respectfully submitted

_____
Eugene Smith
200 S. McClendon St.
Forrest City, Arkansas 72335
(870) 270-2546

## CERTIFICATE OF SERVICE

On this 15 day of July, 2008 the Undersigned certifies that a copy of the foregoing Pleading was mailed by United States mail, to the following, postage prepaid and properly addressed:

Dustin McDaniel
323 Center Street   Suite 1100
Little Rock, Arkansas  72201

Kym Armstrong
Investigator
323 Center Street  Suite 200
Little Rock ,Arkansas 72201

James B. Depriest
Senior Assistant Attorney General
Public Protection Department
323 Center Street  Suite 1100
Little Rock, Arkansas  72201

Jason Stewart
Investigator
323 Center Street   Suite 200
Little Rock, Arkansas  72201

_____
Eugene Smith